Submitted on petition for review filed March 1, petition for review denied July 27, 1995

## STATE OF OREGON,
*Respondent on Review,*

*v.*

## JOHN T. WILKINSON,
*Petitioner on Review.*

(CC CM92-2135; CA A80532; SC S42067)

898 P2d 191

Sally L. Avera, Public Defender for Oregon, and Ingrid A. MacFarlane, Deputy Public Defender, Salem, filed the petition for petitioner on review.

No appearance for respondent on review.

MEMORANDUM OPINION

The petition for review is denied.

Durham, J., filed a concurring opinion.

**DURHAM, J.,** concurring.

I concur in the court's denial of review for the reason stated in my concurring opinion in *State v. Montgomery*, 321 Or 390, 391, 898 P2d 766 (1995).